Dismissed; Opinion issued January 16, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01685-CV

THOMAS STALEY, ALLODIAL LTD. P'SHIP, CHARIS
INTERESTS, INC. AND STALEY & ASSOCS., INC., Appellants

V.

JAMES A. PIKL, P.C. AND SCHEEF & STONE, LLP, Appellees

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03811-2010

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang

The Court has before it appellants' unopposed motion to dismiss appeal. *See* TEX. R. APP.

P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.


PER CURIAM

121685F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS STALEY, ALLODIAL LTD.
P'SHIP, CHARIS INTERESTS, INC. AND
STALEY & ASSOCS., INC., Appellant

No. 05-12-01685-CV     V.

JAMES A PIKL, P.C. AND SCHEEF &
STONE, LLP, Appellee

Appeal from the 366th Judicial District
Court of Collin County, Texas. (Tr.Ct.No.
366-03811-2010).
Opinion delivered per curiam before Justices
Moseley, Francis, and Lang.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellees are
**ORDERED** to recover their costs of this appeal from appellants.

Judgment entered January 16, 2013.

_____

MOLLY FRANCIS
JUSTICE